denied. *Mr. John D. Stedeford* for petitioner. *Mr. Samuel G. Wagner* for respondents.

No. 831. LOWELL TRUCKING CORP. ET AL. *v.* NIAGARA FIRE INSURANCE Co. April 22, 1940. Petition for writ of certiorari to the Superior Court in and for the County of Essex, Massachusetts, denied. *Mr. John F. Havlin* for petitioners. *Mr. Albert T. Gould* for respondent.

No. 832. CENTENNIAL OIL Co. *v.* THOMAS, COLLECTOR OF INTERNAL REVENUE. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Lee A. Jackson* for respondent.

No. 837. YORK, NEBRASKA, *v.* IOWA-NEBRASKA LIGHT & POWER Co. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Ernest B. Perry* and *Robert Van Pelt* for petitioner. *Mr. George A. Lee* for respondent.

No. 855. HUNT, ADMINISTRATOR, ET AL. *v.* SEELEY ET AL. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Scott Snodgrass* for petitioners. *Mr. T. R. Boone* for respondents.